IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-491-RJC-DCK

| | |
|---|---|
| ROBERT BREYAN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| US COTTON, LLC LONG TERM DISABILITY PLAN; US COTTON, LLC; and RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by David C. Kimball concerning Gregory C. Scheiderer on November 21, 2012. Mr. Scheiderer seeks to appear as counsel *pro hac vice* for Defendants US Cotton LLC and U.S. Cotton, LLC Long Term Disability Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED**.

Signed: November 21, 2012

David C. Keesler
United States Magistrate Judge