IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-491-RJC-DCK

| | |
|---|---|
| ROBERT BREYAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| U.S. COTTON, LLC LONG TERM DISABILITY PLAN, U.S. COTTON, LLC, and RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay The Initial Attorney Conference" (Document No. 22) filed January 2, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay The Initial Attorney Conference" (Document No. 22) is **GRANTED**. The Initial Attorney's Conference is **STAYED** until the Court rules on "Custom Disability Solutions' Motion To Dismiss" (Document No. 19).

Signed: January 3, 2013

David C. Keesler
United States Magistrate Judge