# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-491-RJC-DCK

| | |
|---|---|
| ROBERT BREYAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| US COTTON, LLC LONG TERM DISABILITY PLAN, U.S. COTTON LLC, and RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Entry Of Confidentiality Stipulation And Agreed Protective Order" (Document No. 59) filed January 15, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Entry Of Confidentiality Stipulation And Agreed Protective Order" (Document No. 59) is **GRANTED**.

**SO ORDERED**.

Signed: January 21, 2014

David C. Keesler
United States Magistrate Judge