IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-491-RJC-DCK

| | | |
|---|---|---|
| ROBERT BREYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| US COTTON, LLC LONG TERM | ) | |
| DISABILITY PLAN, U.S. COTTON LLC, | ) | |
| and RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Reliance Standard Life Insurance Company's Motion To Stay Discovery Pending Disposition Of Its Motion For Judgment On The Pleadings" (Document No. 64) filed on March 4, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and specifically noting Judge Robert J. Conrad's "Order" (Document No. 66) filed March 13, 2014, the undersigned will <u>deny</u> the motion as moot.

**IT IS, THEREFORE, ORDERED** that "Defendant Reliance Standard Life Insurance Company's Motion To Stay Discovery Pending Disposition Of Its Motion For Judgment On The Pleadings" (Document No. 64) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: March 13, 2014

David C. Keesler
United States Magistrate Judge